686 A.2d 1191

IN THE MATTER OF DAVID E. SLOANE,
AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on October 29, 1996, having filed with the Court its decision concluding that **DAVID E. SLOANE** of **READING, PENNSYLVANIA,** who was admitted to the bar of this State in 1989 and who was temporarily suspended from the practice of law on January 23, 1996, and who remains suspended at this time, should be suspended from practice for a period of two years on the basis of his conviction in federal court of one count of mail fraud, conduct in violation of *RPC* 8.4(b) (criminal act that reflects adversely on attorney's honesty, trustworthiness or fitness to practice law), and good cause appearing;

It is ORDERED that **DAVID E. SLOANE** is hereby suspended from the practice of law for a period of two years, retroactive to January 23, 1996, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.